# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| EX REL: JOHNUALL BENDER, | : No. 84 EM 2014 |
| Petitioner | : |
| v. | : |
| ACTING FACILITY MANAGER PITKENS AND SUCCESSORS AS WARDEN/CUSTODIAN; AND DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, PA.; AND KATHLEEN GRANAHAN KANE, ATTORNEY GENERAL OF COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.